UNITED STATES COUT OF APPEALS
FOR THE SIXTH CIRCUIT
**100 EAST FIFTH STREET, ROOM 540**
**POTTER STEWART U.S. COURTHOUSE**
CINCINNATI, OHIO

| | | |
|---|---|---|
| ISLAND CREEK COAL COMPANY, | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | |
| | ) | SIXTH CIR NO. 12-3935 |
| JOHNNY EUGENE BUNNER, | ) | |
| Respondent, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| BENEFITS REVIEW BOARD, | ) | |
| Statutory Respondent, | ) | |
| | ) | |
| And | ) | |
| | ) | |
| DIRECTOR, OFFICE OF WORKERS' | ) | |
| COMPENSATION PROGRAMS, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| LABOR | ) | |
| Party-In-Interest. | ) | |

## MOTION FOR ATTORNEYS FEES

Comes now the Claimant by counsel and does request three (3) hours' time for review of order, preparing brief and reviewing the decision and talking it over with my client.  I do ask for the fee of $200.00 per hour for a total of **Six Hundred Dollars. ($600.00)** for work done on behalf of the claimant:

- 1  hours for receiving and reviewing order and setting up file.

- 1  hour receiving and reviewing status reports

- ½  hours preparing motion to remove of abeyance and dismiss appeal

- ½ hour receiving reviewing and discussing decision with client

Counsel for claimant seeks an hourly rate of $200.00.  Pursuant to 20 C.F.R. § 802.203(d)(4) counsel's fee request is required to indicate the normal billing rate for the person who performed the services, and the rate awarded "shall be based on what is reasonable and customary in the area where the services were rendered for a person of that particular professional status."  Previous Administrative Law Judges, including the undersigned, established the hourly rate of $200.00 as fair and reasonable for services in the case of Robert Gray v. Peabody Coal Company, 2007-BLA-05772 and the case of Larry Willoughby v. Peabody Coal Company, 11-0311 BLA.  The Benefits Review Board accepted $200.00 per hour as the market rate for this attorney.

Respectfully Submitted,

BRENT YONTS, PSC

BY:      /s/ Brent Yonts_____
         BRENT YONTS, KBA #79435
         114 Mill Street
         P.O. Box 370
         Greenville, Kentucky 42345
         (270) 338-0816
         Attorney for Claimant

## CERTIFICATE OF SERVICE

I, Brent Yonts, do hereby certify that I served Motion for Attorney's fees upon the following, by electronic service, on this the 12th day of May, 2014:

Mr. Leonard Green, Clerk
United States Court of Appeals For the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, OH  45202-3988

Sean G. Bajkowski
Michelle S. Gerdano
U.S. Department of Labor
Office of the Solicitor
Suite N-2117-FPB
200 Constitution Avenue, NW
Washington, D.C. 20210


Jeffery Soukup
Jackson Kelly PLLC
175 E. Main Street
PO Box 2150
Lexington, KY  40588-2150

Johnny E. Bunner
141 Maple Drive
Sturgis, KY  42459

/s/ Brent Yonts_____
BRENT YONTS